UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-14472-CIV-MARTINEZ**

| | | |
|---|---|---|
| DAN BONGINO | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:19-cv-14472-JEM |
| THE DAILY BEAST COMPANY, LLC | ) | |
| Defendant. | ) | |

# **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Dan Bongino, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby serves Notice of Voluntary Dismissal without prejudice of all claims stated in his complaint against the defendant.

DATED:   August 10, 2020

Signature of Counsel on Next Page

DAN BONGINO

By: <u>  */s/ Robert C. Buschel*                    </u>
Robert C. Buschel, Esq.
Florida Bar No. 0063436
BUSCHEL GIBBONS, P.A.
One Financial Plaza
100 S.E. Third Avenue, Suite 1300
Fort Lauderdale, Florida 33394
Tele: (954) 530-5301
**Buschel@BGlaw-pa.com**

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to the Parties and all interested parties receiving notices via CM/ECF.

By: <u>  */s/ Robert C. Buschel*                    </u>
Robert C. Buschel, Esq.
Florida Bar No. 0063436
BUSCHEL GIBBONS, P.A.
One Financial Plaza
100 S.E. Third Avenue, Suite 1300
Fort Lauderdale, Florida 33394
Tele: (954) 530-5301
**Buschel@BGlaw-pa.com**

*Counsel for the Plaintiff*