UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
**Case Number: 19-14472-CIV-MARTINEZ-MAYNARD**

DAN BONGINO,
    Plaintiff,

vs.

THE DAILY BEAST COMPANY, LLC,
    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon the Plaintiff's Notice of Voluntary Dismissal without Prejudice, [ECF No. 24]. It is:

**ADJUDGED** that this action is **DISMISSED without prejudice**. All pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of August, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record