# EXHIBIT 1





# Katherine M. Bolger

PARTNER

**New York**
**T** 212.489.8230
**F** 212.489.8340
**E** katebolger@dwt.com

**Education**

J.D., University of Chicago Law
School, 1998

B.A., History, University of Virginia,
1994, with distinction
Jefferson Scholar

**Admitted to Practice**

New York, 1999

U.S. Supreme Court, 2004

U.S. Court of Appeals 2nd Circuit,
2002

U.S. Court of Appeals 3rd Circuit,
1999

U.S. Court of Appeals 4th Circuit,
2014

U.S. Court of Appeals 5th Circuit,
2005

U.S. Court of Appeals 7th Circuit,
2007

U.S. Court of Appeals 8th Circuit,
2015

U.S. Court of Appeals 9th Circuit,
2014

U.S. Court of Appeals 11th Circuit,
2004

U.S. District Court District of
Connecticut, 2007

U.S. District Court Southern
District of New York, 1999

U.S. District Court Eastern District
of New York, 1999

U.S. District Court Eastern District
of Pennsylvania, 1999

**Languages**

French

Kate is an experienced First Amendment and media litigator who has
represented news and entertainment companies in a broad spectrum of content-
related matters, ranging from investigative journalism to coverage of celebrities.
In addition to defending media clients in court, Kate regularly counsels
newspapers, magazines, and book publishers about prepublication issues, and
advises authors on contract, electronic publishing, and intellectual property
matters.

Chambers USA reports that clients have described Kate as "incredibly bright,
very strategic, and an exceptionally strong writer" who is "a very effective
litigator" and "the lawyer I would want the most in a New York state court street
fight." Before joining DWT, Kate was a partner at Levine Sullivan Koch & Schulz
LLP.

## Practice Highlights

**Gubarev et al. v. BuzzFeed Inc. et ano.**

Obtained dismissal of libel claim brought against BuzzFeed and Editor-in-Chief Ben Smith by Russian tech entrepreneur
and web-hosting companies named in what is now known as the "Steele Dossier," which was published by BuzzFeed in



January 2017. The court granted motion for summary judgment on the grounds that BuzzFeed's publication of the dossier was protected by the fair report privilege and the First Amendment. (S.D. Fla. 2018)

**Cabello-Rondon v. Dow Jones & Company**

Successfully represented Dow Jones in libel suit brought by a high-ranking Venezuelan official over a *Wall Street Journal* report on U.S. investigations into drug trafficking and money laundering in Venezuela. The 2nd Circuit affirmed the lower court's dismissal of the complaint on the grounds that plaintiff failed to plausibly plead actual malice, finding plaintiff's theory that *The Wall Street Journal* must have fabricated the anonymous government sources on which it relied to be "patently unbelievable." (2nd Cir. 2018)

## Experience

### Robert S. Trump v. Mary L. Trump

Successfully defended Simon & Schuster from a motion brought by the president's younger brother seeking to enjoin the publication of a memoir written by Mary Trump, the president's niece. (N.Y. Sup. Ct. 2020)

### Jones et al v. BuzzFeed

Defending BuzzFeed and two of its employees from defamation claims brought by two Tuscaloosa law enforcement officers arising out of a BuzzFeed report that raised multiple questions about Tuscaloosa law enforcement's investigation into a college student's allegation of rape against the son of a powerful Tuscaloosa businessman. (S.D.N.Y. Ongoing)

### Mitchell v. Telegraph Media Group Limited

Represented The Telegraph in a dispute involving allegations that an article reporting on the use of performance enhancing drugs in track and field defamed plaintiff. (S.D. Fla. 2020)

### Vernon Unsworth v. Elon Musk

Represented BuzzFeed reporter Ryan Mac in a motion to quash third-party subpoenas seeking to depose Mac sought by both parties in a defamation case brought by British cave expert Vernon Unsworth against Tesla CEO Elon Musk. (N.D. Cal. 2019)

### Miller v. Gizmodo Media Group LLC et al.

Won a motion for summary judgment on behalf of Gizmodo Media Group in a $100 million defamation suit brought by Jason Miller, a former senior adviser to President-elect Trump. On August 27, Judge Cecilia M. Altonaga of the Southern District of Florida found that publication, on the Gizmodo website Splinter, of the article that gave rise to the suit was protected by New York's fair report privilege. It was a particularly important ruling, as the plaintiff had claimed that the court filing described in the story was under seal. (S.D. Fla. 2019)

### Gubarev et al. v. BuzzFeed, Inc. et ano.

Obtained dismissal of libel claim brought against BuzzFeed and Editor-in-Chief Ben Smith by Russian tech entrepreneur and web-hosting companies named in what is now known as the "Steele Dossier," which was published by BuzzFeed in January 2017. The court granted our motion for summary judgment on the grounds that BuzzFeed's publication of the dossier was protected by the fair report privilege and the First Amendment. (S.D. Fla. 2018)

### Fridman et al. v. BuzzFeed, Inc. et ano.

Defending BuzzFeed and Editor-in-Chief Ben Smith in libel suit brought by three Russian oligarchs named in what is now known as the "Steele Dossier," which was published by BuzzFeed in January 2017. (N.Y. Sup. Ct. Ongoing)

### Cabello-Rondon v. Dow Jones & Company



Successfully represented Dow Jones in libel suit brought by a high-ranking Venezuelan official over a Wall Street Journal report on U.S. investigations into drug trafficking and money laundering in Venezuela. The 2nd Circuit affirmed the lower court's dismissal of the complaint on the grounds that plaintiff failed to plausibly plead actual malice, finding plaintiff's theory that the Wall Street Journal must have fabricated the anonymous government sources on which it relied to be "patently unbelievable." (2d Cir. 2018)

### Cohen v. BuzzFeed, Inc. et ano.

Defended BuzzFeed and Editor-in-Chief Ben Smith in libel suit brought by Michael Cohen, former lawyer for Donald J. Trump, over BuzzFeed's publication of what is now known as "Steele Dossier" in January 2017. Suit voluntarily dismissed by plaintiff with prejudice. (N.Y. Sup. Ct. 2018)

### Holander v. Garrett*

Successfully represented several defendants in this lawsuit which brought wire fraud-based RICO claims against multiple news organizations and individual journalists in connection with their reporting on the 2016 presidential election. The complaint was dismissed by a federal district court judge in New York for failure to plead a plausible scheme to defraud, and the court observed that the political reporting at issue "is at the core of what the First Amendment protects." (S.D.N.Y. 2017)

### People v. Shkreli*

Represented a consortium of media clients to successfully oppose motion to close voir dire at the high-profile trial of controversial defendant Martin Shkreli. (2017)

### People v. Graswald*

Successfully represented News 12 and ABC in moving to quash subpoenas issued by a New York district attorney that sought outtakes and notes from interviews with a woman charged with murdering her fiancé. The court quashed both subpoenas, holding that the government's speculation that the newsgathering material might show inconsistencies in the defendant's statements to police was insufficient to overcome the high burden imposed by the New York Shield Law. (N.Y. Sup. Ct. 2016)

### People v. Juarezy*

Successfully represented New York Times journalist Frances Robles to quash a subpoena to testify at a coming criminal trial about her jailhouse interview with a man accused in the decades-old murder of a four-year-old known as Baby Hope. The Manhattan district attorney's office had been trying for months to compel Ms. Robles to take the stand and in Aug. 2016 a lower court ruled that she would have to answer a subpoena and testify about her interview. The Manhattan appeals court reversed that decision in October 2016 and ruled that Ms. Robles could not be forced to testify. (2016)

### Ventura v. Kyle*

Successfully represented the estate of the late Chris Kyle, a sniper for the Navy SEALs, and secured the appellate reversal of a $1.85 million jury verdict in favor of former Minnesota governor and professional wrestler Jesse Ventura for unjust enrichment and defamation. (8th Cir. 2016)

### In re The Wall Street Journal*

Represented a coalition of media and nonprofit organizations to obtain a decision from the United States Court of Appeals for the 4th Circuit vacating a gag and sealing order issued in the prosecution of West Virginia mine owner Donald Blankenship, which had blocked public access to most documents filed in the case and prohibited certain individuals connected to the case from discussing it with reporters.(4th Cir. 2015)



### Prince v. Fox Television Stations, Inc.

Successfully defending Fox Television Stations in a suit brought by a business owner who, claiming his ice cream product was diet-friendly, sued for defamation and product disparagement after Fox's New York station broadcast an investigative report about the nutritional content of the ice cream. (N.Y. Sup. Ct. 2014)

---

### Wager v. Littell*

Successfully represented HarperCollins Publishers and Jonathan Littell, author of the award-winning novel The Kindly Ones, in a federal copyright infringement lawsuit brought by a plaintiff who claimed Littell had copied her late son's unpublished manuscript. (2d Cir. 2014)

---

### Rabinowich v. NYP Holdings, Inc.*

Won the dismissal of claims against the New York Post brought by a rabbi who alleged that the newspaper defamed him, invaded his privacy, and caused him emotional distress by publishing an article and posting a video of him cavorting with two women who appeared to be prostitutes. (N.Y. Sup. Ct. 2012)

---

### Kipper v. NYP Holdings, Inc.*

Defended the New York Post in an action for defamation brought by a California "doctor to the stars." (N.Y. 3rd 2009)

---

### Psenicska v. Twentieth Century Fox Film Corp.*

Defended the film "Borat: Cultural Learnings of America for Make Benefit Glorious Nation of Kazakhstan" in a trio of cases brought by various individuals who claimed that they had been fraudulently induced to sign releases permitting the filmmakers to include them in the film. The 2nd Circuit affirmed the lower court's dismissal of the lawsuit, holding that the releases correctly described the film as a "documentary-style film" and that, therefore, any alleged false promises did not render them invalid. (2d Cir. 2009)

*Denotes experience prior to joining Davis Wright Tremaine

## Memberships & Affiliations

- Governing Committee, ABA Forum on Communications Law, 2014-2017
- ABA First Amendment and Media Litigation Committee, 2014-2017
- Former Co-chair, ABA Women in Communications Law Committee
- Former Chair, Media Law Resource Center, Entertainment Law Committee
- Adjunct Professor, Fordham University School of Law, 2015-2017
- Instructor, New York University, School of Continuing and Professional Studies

## Professional Recognition

- Named as one of "America's Leading Lawyers for Business" in First Amendment Litigation (Nationwide) by Chambers USA, 2015-2020; Media and Entertainment: First Amendment Litigation (New York), 2015-2020; Received "Band 1" ranking for Media & Entertainment (New York), 2019-2020
- Selected by Best Lawyers as New York City's "Lawyer of the Year" in Media Law, 2019
- Recognized as one of the preeminent Media lawyers in New York by Best Lawyers, 2007-present
- Recognized as a "New York Super Lawyer" in Media & Advertising and Entertainment & Sports, Thomson Reuters, 2014-2019

## Background

- Partner, Levine Sullivan Koch & Schultz, LLP, July 2012-August 2017
- Associate, 2002-2007; Partner, 2007-2012; Hogan Lovells LLP, New York, NY



## Insights

New York Appeals Court Ruling Allows Publication of Book by Mary Trump to Proceed, 07.02.20

Davis Wright Tremaine Recognized by Chambers USA for Industry-Leading Excellence in Key Practice Areas, 04.28.20

Quoted in "A History of the Trump War on Media – The Obsession Not Even Coronavirus Could Stop," The Washington Post, 03.29.20

Quoted in "Manhattan Prosecutor Says Voir Dire in Harvey Weinstein Criminal Trial Should Stay Open," New York Law Journal, 01.14.20

"MVP: Davis Wright Tremaine's Katherine Bolger," Law360, 11.21.19

Kate Bolger of Davis Wright Tremaine Wins "MVP of the Year" Recognition From Law360, 11.18.19

"Law360 MVP Awards Go To Top Attorneys From 76 Firms," Law360, 11.11.19

Mentioned in "Daily Dicta: Judge Axes Splinter.com Defamation Suit," Law.com, 08.29.19

Mentioned in "Gizmodo Defeats Ex-Trump Aide's 'Abortion Pill' Libel Case," Law360, 08.28.19

Davis Wright Tremaine Secures Favorable Ruling for Gizmodo in High-Profile Defamation Suit, 08.28.19

Davis Wright Tremaine Recognized by Chambers as One of the Country's Leading Law Firms for Business, 05.29.19

"Meet Trump's Least Favorite Lawyers Defending CNN, BuzzFeed's Dossier and Media Rights," The Hollywood Reporter, 03.29.19